| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on August 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Glenn Banfield<br>debtor | Case No.: | 19-10564 |
| | Chapter: | 13 |
| | Hearing Date: | 12/18/19;<br>3/11/20 |
| | Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 13, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $1091.50 for services rendered and expenses in the amount of $13.80 for a total of $1105.30 The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.

   \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $208 per month starting April 2020 for 46 months to allow for payment of the above fee.

6