| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on December 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>Glenn Banfield<br>debtors | Case No.: 19-10564<br>Chapter: 13<br>Hearing Date:<br>Judge: ABA |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: December 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-10564-ABA    Doc 74    Filed 01/28/20    Entered 01/28/20 10:42:53    Desc
Proposed Order    Page 2 of 2

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jenkins & Clayman _____, the applicant, is allowed a fee of $623.00 for services rendered and expenses in the amount of $ 9.98 for a total of $ 632.98 . The allowance is payable:

  X   through the Chapter 13 plan as an administrative priority.

  \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 226.00  per month for  38  months to allow for payment of the above fee.