UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
:
IN RE:                                                               :    CASE NO.: 19-10564-ABA
                                                                     :    CHAPTER: 13
Glenn Banfield                                                       :
                                                                     :    **NOTICE OF APPEARANCE**
Debtor                                                               :
                                                                     :    HON. JUDGE.:
                                                                     :    Andrew B. Altenburg
                                                                     :
                                                                     :
                                                                     :
                                                                     :
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series N Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation as servicer for
> U.S. Bank Trust National Association, as Trustee of
> BKPL-EG Series N Trust
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a

District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated:   October 29, 2021
        New York, New York

                                  By: /s/ Jonathan Schwalb, Esq.
                                  Jonathan Schwalb, Esq.
                                  FRIEDMAN VARTOLO, LLP
                                  Attorneys for SN Servicing Corporation as servicer for
                                  U.S. Bank Trust National Association, as Trustee of
                                  BKPL-EG Series N Trust
                                  85 Broad Street, Suite 501
                                  New York, New York 10004
                                  T: (212) 471-5100
                                  F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Series N Trust | Case No.: 19-10564-ABA<br><br>Chapter: 13 |
| In Re:<br><br>Glenn Banfield | Adv. No.: <br><br>Hearing Date: <br><br>Judge: Andrew B Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, __Katie Crotteau__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __SN Servicing Corporation__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __October 29, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 29, 2021__      /s/ Katie Crotteau
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Glenn Banfield<br>136 North Connecticut Avenue<br>#19A<br>Atlantic City, NJ 08401 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2