| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust<br><br>In Re:<br><br>Glenn Banfield<br>Debtor | **Order Filed on June 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 19-10564-ABA<br><br>Chapter: 13<br><br>Hon. Judge: Andrew B. Altenburg Jr.<br><br>Hearing Date: June 14, 2022 @ 10:00 AM |

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 14, 2022**

*[Signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 136 North Connecticut Avenue - Apt 19A, Atlantic City, NJ 08401

**ORDERED** that the Co-Debtor stay in effect as it pertains to Bessie L. Banfield and Charles J. Banfield pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.