Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−10564−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn Banfield
   136 North Connecticut Avenue
   #19A
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−8086

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after May 2, 2024 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 2, 2024
JAN: lgr

                                                                Jeanne Naughton
                                                               Clerk